UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

## AFFIDAVIT OF PLAINTIFF

The Plaintiff, having been first duly sworn upon his/her oath, hereby states the following:

1. I am an adult individual and competent to testify in this matter.

2. I have personal knowledge of the matters contained in this affidavit.

3. I am a consumer.

4. I incurred a debt primarily for personal, family, or household purposes.

5. Upon information and belief, the Defendant is a debt collection agency.

6. The Defendant attempted to collect a debt from me.

7. The Defendant's employees have called me numerous times in an attempt to collect a debt.

8. Previously, I informed the Defendant's employee that I had legal counsel. However, the Defendant has continued to call me in an attempt to collect a debt.

I affirm under penalty of perjury that the foregoing representations are true and correct.

_____
Stephen Lowe

EXHIBIT 2